BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
KARL SCHMIDT, Assistant Chief Counsel
G. MICHAEL HARRINGTON
BELVIN K. SMITH
WM. DAVID SULLIVAN (SBN 142881)
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P. O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for Plaintiff The People of the State of California, acting by and through the Department of Transportation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>Plaintiffs,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>No. CV 08 2268<br><br>COMPLAINT FOR ALLISION DAMAGE<br><br>JURY TRIAL DEMANDED |

COMPLAINT IN REM FOR ALLISION DAMAGE.

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN ADMIRALTY:

The complaint of Plaintiff against Defendants, and each of them, in causes of action for damages resulting from allision, civil and maritime, and within the meaning of Rule 9(h) Federal Rules of Civil Procedure, as hereinafter more fully appears, alleges and respectfully shows this Honorable Court, upon information and belief, as follows:

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

## JURISDICTION AND VENUE

This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within this Court's admiralty and maritime jurisdiction under 28 U.S.C. § 1333 and Article III § 2 of the United States Constitution. Certain causes of action that arise under the laws of California are within this Court's supplemental jurisdiction 28 U.S.C. § 1367. Further this Court has jurisdiction under the Extension of Admiralty Act.

Venue in this Court is proper pursuant to 28 U.S.C. § 1391 in that substantial part of the events or omissions giving rise to the claims asserted herein United States of America and was and now is the owner of that certain highway bridge across the navigable waters of the San Francisco Bay, in the Counties of Alameda and San Francisco, Stat of California, which is known as the SF/Oakland Bay Bridge being a portion of the State highway known as California Interstate 80.

## PARTIES

1. At all times herein mentioned, Plaintiff was and now is a sovereign State of the United States of America and was and now is the owner of that certain highway bridge across the navigable waters of the San Francisco Bay, in the Counties of Alameda and San Francisco, State of California, which is known as the SF/Oakland Bay Bridge being a portion of the State highway known as California Interstate 80.

2. Plaintiff is informed and believes and thereupon alleges, that at all times herein mentioned the COSCO BUSAN, her tackle, boilers, fixtures, etc. (hereinafter COSCO BUSAN) was and is a vessel engaged in transporting freight in interstate and international commerce and that said vessel now is or during the pendency of this action will be lying afloat on waters within the jurisdiction of this Honorable Court.

3. Defendant Conti Cairo KG, upon information and belief, is an owner of the vessel COSCO BUSAN with its headquarters in Buxtehude, Germany. Defendant NSB Neederelbe, upon information and belief, is a ship manager of the vessel COSCO BUSAN with its headquarters in Buxtehude, Germany.

4. Defendant vessel, COSCO BUSAN, their engines, tackle, equipment,

1  appurtenances, cargo, all freights, and other earnings (the "Vessel") is now, or will be during the
2  pendency of this action, within the district and jurisdiction of this court.
3      5. Defendant Regal Stone, Ltd., upon information and belief, is a Hong Kong based
4  company that claims ownership of the COSCO BUSAN.
5      6. Defendant Hanjin Shipping Co., Ltd. is a large Korean-based shipping company
6  that leases or charters the COSCO BUSAN from Defendant Regal Stone, Ltd. or other owners.
7      7. Defendant Synergy Maritime, Ltd. upon information and belief is a manager, owner
8  and the employer of the .crew of the vessel COSCO BUSAN.

9                                       FACTS

10     8. On or about November 7, 2007 the COSCO BUSAN was attempting passage
11 beneath the SF/Oakland Bay Bridge when she violently allided with the bridge causing serious
12 damage to the bridge.
13     9. At the time of the allision mentioned herein, the COSCO BUSAN was
14 unseaworthy, was not properly manned, operated or controlled.
15     10. The allision mentioned herein was caused by the unseaworthiness, fault,
16 negligence, want of due care and carelessness on part of the COSCO BUSAN and her owners, crew
17 and officers and not caused by any fault on part of Plaintiff.
18     11. By reason of the allision mentioned, Plaintiff has sustained damages involving the
19 necessary repair of the bridge in the sum of $2,000,000.00, no part of which has been paid by
20 defendant.
21     12. All and singular, the premises are true and correct and within the admiralty and
22 maritime jurisdiction of the United States and of this Court.
23     WHEREFORE, Plaintiff prays:
24     1. That a judgment and decree may be entered in favor of plaintiff against defendant
25 for the amount of plaintiff's damage, together with interest and the costs and disbursements of this
26 suit.
27     2. That this Court will grant plaintiff such other and further relief as may be just and

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333

1  proper in the premises.

2

3  DATED: April 30, 2008

                                                  BRUCE A. BEHRENS
                                                  DAVID GOSSAGE
                                                  KARL SCHMIDT
                                                  G. MICHAEL HARRINGTON
                                                  WM. DAVID SULLIVAN

                                                  By _/s/ Wm. David Sullivan_
                                                          Attorneys for Defendant
                                                          State of California

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700; Facsimile: (415) 904-2333