1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH II, CASB No. 143694
   joe.walsh@kyl.com
3  JOHN COX, CASB No. 197687
   john.cox@kyl.com
4  NICOLE S. BUSSI, CASB No. 252763
   nicole.bussi@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
7  Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
8
   Attorneys for Defendant and Counter-Claimant
9  REGAL STONE, LTD.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>                  Plaintiff,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE SYNERGY MARITIME, LTD., *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>                  Defendants.<br><br>REGAL STONE, LTD.,<br><br>                  Counter-Claimant,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through The Department of Transportation,<br><br>                  Counter-Defendant. | Case No. IN ADMIRALTY C08-02268 EMC<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

- 1 -

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN, in accordance with Local Rule 3-13, that this matter may constitute a related case to the cases listed below:

**NORTHERN DISTRICT OF CALIFORNIA**

| CASE NO. | NAME | DATE FILED | JUDGE |
| --- | --- | --- | --- |
| 3:2008cv02052 | The Continental Insurance Co. v. Regal Stone, Ltd. et al | 4/21/2008 | SC |
| 3:2007cv06045 | U.S.A. v. Regal Stone, Ltd. et al | 11/30/2007 | SC |
| 3:2007cv05800 | Chelsea, LLC v. Regal Stone, Ltd. et al | 11/15/2007 | SC |
| 3:2007cv05926 | Shogren Living Trust et al v. Regal Stone, Ltd. et al | 11/21/2007 | SC |
| 3:2008cr00160 | United States of America v. John J. Cota | 3/17/2008 | SI |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO**

| CASE NO. | NAME | DATE FILED | JUDGE |
| --- | --- | --- | --- |
| CGC-07-469876 | City and County of San Francisco And People of The State of California v. Regal Stone, Ltd. et al | 12/10/2007 | unassigned |
| CGC-07-469379 | John Tarantino et al v. Regal Stone, Ltd. et al | 11/20/2007 | unassigned |

The seven actions above include six civil and one criminal action, and all arise from the November 7, 2007 oil spill involving the M/V COSCO BUSAN. The actions include statutory causes of action as well as tort-based claims against the M/V COSCO BUSAN as well as various *in personam* claims against, *inter alia*, Regal Stone, Ltd. This action, filed by the State of California, seeks damages related to the M/V

1  COSCO BUSAN's allision with the San-Francisco Bay Bridge on November 7, 2007.
2  Specifically, the State of California is seeking compensation for the necessary repair of
3  the Bridge.

6  DATED:  June 4, 2008                    /s/ John D. Giffin
7                                          JOHN D. GIFFIN
                                           JOSEPH A. WALSH, II
8                                          JOHN COX
                                           NICOLE S. BUSSI
9                                          KEESAL, YOUNG & LOGAN
                                           ATTORNEYS FOR DEFENDANT
10                                         REGAL STONE, LTD.

- 3 -

KYL_SF462464

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING - Case No. IN ADMIRALTY
08-2268 EMC