1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH II, CASB No. 143694
   joe.walsh@kyl.com
3  JOHN COX, CASB No. 197687
   john.cox@kyl.com
4  
5  NICOLE S. BUSSI, CASB No. 252763
   nicole.bussi@kyl.com
6  KEESAL, YOUNG & LOGAN
   A Professional Corporation
7  Four Embarcadero Center, Suite 1500
   San Francisco, California  94111
8  Telephone:  (415) 398-6000
9  Facsimile:  (415) 981-0136

10 Attorneys for Defendant and Counter-Claimant
   REGAL STONE, LTD.
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA

14 | THE PEOPLE OF THE STATE OF            ) Case No. IN ADMIRALTY C08-02268 SC
   | CALIFORNIA, acting by and through the )
15 | Department of Transportation,         )
   |                                       ) **NOTICE OF ENTRY OF ORDERS**
16 |                       Plaintiff,      )
   |                                       )
17 |          vs.                          )
   |                                       )
18 | REGAL STONE, LTD., HANJIN             )
   | SHIPPING CO., LTD., CONTI CAIRO KG,   )
19 | NSB NIEDERELBE SYNERGY                )
   | MARITIME, LTD., *In Personam*; M/V    )
20 | COSCO BUSAN, their engines, tackle,   )
   | equipment, appurtenances, freights, and )
21 | cargo *In Rem*,                       )
   |                                       )
22 |                       Defendants.     )
   | REGAL STONE, LTD.,                    )
23 |                                       )
   |                       Counter-Claimant, )
24 |                                       )
   |          vs.                          )
25 |                                       )
   | THE PEOPLE OF THE STATE OF            )
26 | CALIFORNIA, acting by and through     )
   | The Department of Transportation,     )
27 |                                       )
   |                       Counter-Defendant. )
28 |                                       )

- 1 -

KYL_SF463283

NOTICE OF ENTRY OF ORDERS - Case No. IN ADMIRALTY 08-02268 SC

1 NOTICE IS HEREBY GIVEN that RELATED CASE ORDERS, copies of which are attached hereto as Exhibit "A," "B," "C" and "D" and incorporated herein by reference, were signed by the Honorable Samuel Conti on June 18, 2008, and filed with this Court on June 18, 2008.

DATED: June 19, 2008

/s/ John Cox
JOHN D. GIFFIN
JOSEPH A. WALSH, II
JOHN COX
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Counter-Claimant REGAL STONE, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05800 SC    Chelsea, LLC v. Regal Stone, Ltd. Et al

C 08-02268 EMC    People of the State of California v. Regal Stone, Ltd. Et al

I find that the above case is related to the case assigned to me. ___SC___

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: __6/18/08__    _____
                     Judge Samuel Conti

EXHIBIT __A__

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: _____6/18/08_____         By: __T. De Martini__
                                       **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

    A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05800 SC    Chelsea, LLC v. Regal Stone, Ltd. Et al

C 08-02268 EMC    People of the State of California v. Regal Stone, Ltd. Et al

    I find that the above case is related to the case assigned to me. ____SC____

ORDER

    Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__6/18/08_____    _____
                             Judge Samuel Conti

EXHIBIT B

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: ____6/18/08_____          By: __T. De Martini____
                                                                                            Deputy Clerk

Copies to:   Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____(date)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

    A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05800 SC    Chelsea, LLC v. Regal Stone, Ltd. Et al

C 08-02268 EMC    People of the State of California v. Regal Stone, Ltd. Et al

    I find that the above case is related to the case assigned to me. ____SC____

ORDER

    Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__6/18/08_____    

                                            Judge Samuel Conti

-1-


EXHIBIT C

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                                                              **Richard W. Wieking, Clerk**

**DATED:** _____6/18/08_____                      By: __T. De Martini__
                                                                     **Deputy Clerk**

Copies to:  Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05800 SC       Chelsea, LLC v. Regal Stone, Ltd. Et al

C 08-02268 EMC      People of the State of California v. Regal Stone, Ltd. Et al

I find that the above case is related to the case assigned to me. ____SC____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__6/18/08_____      _____
                           Judge Samuel Conti

-1-

EXHIBIT D

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

DATED: _____6/18/08_____          By: ___T. De Martini_____
                                                **Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

## NOTICE OF ENTRY OF ORDERS

☒ **BY E-MAIL:** I also caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ **State:** Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2008 at San Francisco, California.

*/s/ K'Ann M. Klein*
K'Ann M. Klein