| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
|   | john.giffin@kyl.com |
| 2 | JOSEPH A. WALSH II, CASB No. 143694 |
|   | joe.walsh@kyl.com |
| 3 | NICOLE S. BUSSI, CASB No. 252763 |
|   | nicole.bussi@kyl.com |
| 4 | Keesal, Young & Logan |
|   | A Professional Corporation |
| 5 | Four Embarcadero Center, Suite 1500 |
|   | San Francisco, California  94111 |
| 6 | Telephone:   (415) 398-6000 |
|   | Facsimile:   (415) 981-0136 |

Attorneys for Defendant and Counter-Claimant
REGAL STONE, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation, | Case No. IN ADMIRALTY CV 08 2268 EMC |
| Plaintiffs, | **NOTICE OF CHANGE ADDRESS** |
| vs. | |
| REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*, | |
| Defendants. | |
| REGAL STONE, LTD., | |
| Counter-Claimant, | |
| vs. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through The Department of Transportation, | |
| Counter-Defendant. | |

///

- 1 -   KYL_LB1155434
NOTICE OF CHANGE ADDRESS - Case No. IN ADMIRALTY CV 08 2268 EMC

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that counsel for Defendant and Counter-Claimant REGAL STONE, LTD. will be moving. Keesal, Young & Logan's new address, effective July 14, 2008, will be:

>   KEESAL, YOUNG & LOGAN
>   450 Pacific Avenue
>   San Francisco, California  94133
>   Phone and fax numbers will remain the same.

All correspondence should be directed to our new address effective July 14, 2008.

DATED: July 11, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
JOSEPH A. WALSH II
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Counter-Claimant
REGAL STONE, LTD.