EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT, State Bar No. 161013
Deputy Attorney General
JUDITH J. LOACH, State Bar No. 162030
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2127
 Fax: (510) 622-2270
 Email: Jeffrey.Vincent@doj.ca.gov
 Email: judith.loach@doj.ca.gov
Attorneys for State of California, by and through the
Board of Pilot Commissioners, Specially Appearing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,**<br><br>Plaintiff,<br><br>v.<br><br>**REGAL STONE LIMITED, HANJIN SHIPPING COL, LTD., CONTI CAIRO KG, NSB NEIDERELBE SYNERGY MARITIME, LTD.,** *in personam;* **M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo** *In Rem*<br><br>Defendants.<br><br>**REGAL STONE, LTD.,**<br><br>Counter-Claimant,<br><br>v.<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through The Department of Transportation**<br><br>Counter-Defendant. | Case No.: C08-02268-SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND** |

1  Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between counsel for the undersigned parties that State of California, by and through the Board of Pilot Commissioners Specially Appearing herein shall have an extension of time, to and including August 5, 2008, to answer, move to dismiss, or otherwise respond to Counter-claimant's Counter-claim. In accordance with Local Rule 6-1(a), this stipulation shall not alter or affect any deadline or dates previously set by the Court.

IT IS SO STIPULATED.

Dated: July 15, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General


 /s/ Jeff R. Vincent
JEFF R. VINCENT
Deputy Attorney General
Attorneys for State of California, by and through the Board of Pilot Commissioners

Dated: July 14, 2008

KEESAL, YOUNG & LOGAN


 /s/ Joseph A. Walsh
JOSEPH A. WALSH
Attorneys for Regal Stone, LTD and Fleet Management, LTD.

People v Regal Stip.wpd
OK2008900309