JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB NO. 143694
joe.walsh@kyl.com
JOHN C. COX, CASB NO. 197687
john.cox@kyl.com
NICOLE S. BUSSI, CASB No. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Ave.
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants and Counterclaimants:
REGAL STONE LIMITED, *in personam*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL STONE LIMITED, HANJIN SHIPPING CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *in personam* M/V COSCO BUSAN, *in rem*,<br><br>Defendants. | Case No. 08-cv-02268-SC<br><br>REGAL STONE LIMITED'S FORM OF CERTIFICATION PURSUANT TO CIVIL L.R. 3-16 |

On behalf of Defendant REGAL STONE LIMITED pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons,

firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

<u>REGAL STONE LIMITED</u>

    1) Sekots Secretarial Services Limited

    2) Nautilus Shipholdings No. 3 Limited

    3) Steamship Mutual Underwriting Association (Bermuda) Limited

DATED: July ____, 2008

/s/ Joe Walsh
JOHN D. GIFFIN
JOSEPH A. WALSH II
JOHN C. COX
NICOLE S. BUSSI
Attorneys for REGAL STONE LIMITED