IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>REGAL STONE, LTD., et al.<br><br>　　　　Defendant(s).<br>_____ / | No.　C-07-5800-SC<br>　　　C-07-5926-SC<br>　　　C-07-6045-SC<br>　　　C-08-2052-SC<br>　　　C-08-2268-SC<br><br>Clerk's Notice |

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference in all of the related cases** scheduled for **September 5, 2008** before the Honorable Samuel Conti. The conference has been reset for **December 12, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference. In addition, the hearing scheduled for **September 5, 2008**, on the **Motion to Stay Civil Action Pending Resolution of Criminal Proceeding, Or, Alternatively, To Compel Arbitration**, filed by Defendant John Cota, is hereby **VACATED.** The matter is deemed submitted on the papers and there will be **no** appearances or oral argument.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 3, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:　T. De Martini
　　　Courtroom Deputy Clerk